AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| RACHAEL LYNN PERT | ) Case: 1:21-mj-00160 |
| and | ) Assigned to: Judge Zia M. Faruqui |
| DANA JOE WINN | ) Assign Date: 1/25/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the _____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Unlawful Entry on Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(G) | - Violent entry and disorderly conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Darren Jefferies*

*Complainant's signature*

Darren Jefferies, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/25/2021

*Judge's signature*

City and state:      Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*