AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**RACHAEL LYNN PERT**<br><br>_Defendant_ | ) Case: 1:21-mj-00160<br>) Assigned to: Judge Zia M. Faruqui<br>) Assign Date: 1/25/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Rachael Lynn Pert                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Violent entry and disorderly conduct on Capitol Grounds


Date:  01/25/2021                                              2021.01.25 21:14:54 -05'00'
                                                               _Issuing officer's signature_

City and state:     Washington, D.C.                  Zia M. Faruqui, U.S. Magistrate Judge
                                                               _Printed name and title_

---

**Return**

This warrant was received on _(date)_  1/25/2021  , and the person was arrested on _(date)_  1/26/2021
at _(city and state)_  Jacksonville, Florida  .

Date:  2/5/2021
                                                               _Ana Marcus_
                                                               _Arresting officer's signature_

                                                               Ana Marcus  Special Agent - FBI
                                                               _Printed name and title_